UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-350-MOC-DSC

| | |
|---|---|
| A.P. ARCHITECTURE, INC., ABHAY H. PRADHAM, **Plaintiffs,** vs. ADMIRAL INSURANCE CO., RISKPRO INSURANCE AGENCY, LLC, **Defendants.** | **ORDER** |

This matter comes before the Court on a Consent Motion for a Temporary Stay filed by Defendant Admiral Insurance Company. (Doc. No. 23).

This Court **GRANTS** the Consent Motion to Stay. This litigation shall be stayed pending a ruling in the Western District of Louisiana on a motion to amend in <u>Opelousas Hotel Group, LLC v. DDG Construction, LLC</u>, 6:18cv1311 (W.D. La.), in which the plaintiff in that action has moved to amend the Complaint to add Defendant Admiral as a Defendant in that action.

The parties shall file a status update within fourteen (14) days of a decision in the Western District of Louisiana on the pending motion to amend in that action—specifically, the parties shall inform this Court whether the stay should be lifted and how the adjudication of the pending motion to amend in that action should affect this action going forward.

**IT IS SO ORDERED**.

Signed: November 12, 2020

Max O. Cogburn Jr.
United States District Judge