UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00350

| | | |
|---|---|---|
| A.P. ARCHITECTURE, INC., a North Carolina corporation, and ABHAY H. PRADHAN | ) ) ) ) ) | |
| vs. | ) ) | ORDER |
| MANUEL MAURO CHAVEZ, | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' joint request for guidance on how to provide their views and arguments to the Court after submitting their joint status report. (Doc. No. 26).

Having considered the joint status report (Doc. No. 26), the Court **orders** the parties to **provide briefing** to the Court on all relevant matters on which they disagree including but not limited to issues involving amendment, lifting the stay, and transfer. Plaintiff shall **submit** briefing to this Court within **21 days** of this order, and Defendant shall **respond** within **21 days** to Plaintiff's arguments.

**IT IS SO ORDERED.**

Signed: April 7, 2021

Max O. Cogburn Jr
United States District Judge